IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-4795 |
| | § | |
| | § | |
| JORGE'S LAST CALL, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PENDING DISMISSAL

It has come to the attention of this court that this action against Jorge's Last Call and Jorge Coronado has not been answered as required by Rule 12(a), Fed. R. Civ. P., and that over 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed by May 16, 2011, this case will be dismissed, without prejudice. The initial pretrial and scheduling conference set for April 29, 2011 is canceled. It will be reset, if appropriate.

SIGNED on April 19, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge